**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01839-LTB-CBS

PATRICK SLAVIN,

      Plaintiff,

v.

USAA CASUALTY INSURANCE CO.,
GARRISON PROPERTY AND CASUALTY ASSOCIATION, and
GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendants.

---

**ORDER**

---

Defendant's Unopposed Motion to Stay the Proceedings in this matter Pending Completion of the Appraisal (Doc 43 - filed April 17, 2015) is GRANTED.  All proceedings in this action, including all discovery deadlines and briefing on any pending motions are STAYED.

The parties are directed to file status reports with the Court every 90 days regarding this matter.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   April 20, 2015