IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-01839-LTB-CBS

PATRICK SLAVIN,

      Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

      Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Vacate and Continue Trial Date (Doc 61 - filed December 4, 2015) is **GRANTED**.  The trial set **February 8, 2016** and trial preparation conference set **January 7, 2016 are VACATED**.

      The parties are directed to file status reports every 90 days regarding the status of this case.

DATED:   December 7, 2015
___