**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01839-LTB-KMT

PATRICK SLAVIN,

       Plaintiff,

v.

USAA CASUALTY INSURANCE CO.,
GARRISON PROPERTY AND CASUALTY ASSOCIATION, and
GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendants.

---

**SUPPLEMENTAL ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Kathleen M. Tafoya** is designated to conduct proceedings in this civil action as follows:

(X)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on motions, specifically Plaintiff's Rule 56(D) Motion for Discovery and Additional Relief (Doc 93 - filed January 29, 2016).

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   February 4, 2016