IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-01839-LTB-KMT

PATRICK SLAVIN,

       Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Withdraw Plaintiff's Motion for Leave to File Second Amended Complaint (Doc 102 - filed February 16, 2016) is **GRANTED**.  Plaintiff's Motion (Doc 63) is WITHDRAWN.



DATED:   February 17, 2016
_____