IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   14-cv-01839-LTB-KMT

PATRICK SLAVIN,

       Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The Motion to Withdraw as counsel for Defendant (Doc 115 - filed April 29, 2016) is **GRANTED**.  Toren G.E. Mushovic is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by John M. Vaught of Wheeler Trigg O'Donnell.


DATED:  May 3, 2016
_____